**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

LUISA L. VALLADOLID,
                    *Petitioner,*

v.

PACIFIC OPERATIONS OFFSHORE,
LLP; INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA; DIRECTOR,
OFFICE OF WORKERS COMPENSATION
PROGRAMS,
                    *Respondents.*

No. 08-73862

BRB No.
07-0965

ORDER

On Remand From The United States Supreme Court

Filed October 2, 2012

Before: Stephen Reinhardt and Jay S. Bybee, Circuit Judges,
and James V. Selna, District Judge.*

---

## ORDER

Pursuant to the Supreme Court's decision in *Pacific Operators Offshore, LLP v. Valladolid*, 132 S.Ct. 680 (2012), this case is REMANDED to the Benefits Review Board for further proceedings consistent with the Supreme Court's opinion of January 11, 2012.

---

*The Honorable James V. Selna, District Judge for the U.S. District Court for Central California, sitting by designation.

11939